No. 495. SHEDD *v.* STATE LINE GENERATING Co. November 3, 1930. Petition for writ of certiorari to the

Circuit Court of Appeals for the Seventh Circuit denied. *Mr. C. B. Tinkham* for petitioner. *Mr. Buell McKeever* for respondent.